**Conan Doyle Estate Limited v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 22-cv-02887**

# Schedule A

| No. | Seller Alias | URL |
|---|---|---|
| 1 | Dingxing Very Trade Co., Ltd. | https://verytrade.en.alibaba.com/minisiteentrance.html |
| 2 | Dongguan Goldfour Sports Co., Ltd. | https://goldfour.en.alibaba.com/minisiteentrance.html |
| 3 | Dongguan Kai Hong Caps and Bags Company Limited | https://icap.en.alibaba.com/minisiteentrance.html |
| 4 | Dongguan Span Sports Co., Ltd. | https://zoe.en.alibaba.com/minisiteentrance.html |
| 5 | Guangzhou Ace Headwear Manufacturing Co., Ltd. | https://aceheadwear.en.alibaba.com/minisiteentrance.html |
| 6 | Guangzhou Kaavie Caps Co., Ltd. | https://kvcap.en.alibaba.com/minisiteentrance.html |
| 7 | Guangzhou Tongxuan Garment Co., Ltd. | https://txgarment.en.alibaba.com/minisiteentrance.html |
| 8 | Hangzhou Ylparty Trading Co., Ltd. | https://ipartyhome.en.alibaba.com/minisiteentrance.html |
| 9 | Hefei Kaosixiu Trade Co., Ltd. | https://cosersuki.en.alibaba.com/ |
| 10 | Nanchang Yujingling Industry And Trade Co., Ltd. | https://ncyjlgm.en.alibaba.com/minisiteentrance.html |
| 11 | Nanjing Zhaoyan Trade Co., Ltd. | https://njzymy.en.alibaba.com/minisiteentrance.html |
| 12 | Quanzhou Lanrui Import And Export Trading Limited Company | https://zo-on.en.alibaba.com/minisiteentrance.html |
| 13 | Quanzhou Minshan Import & Export Trading Co., Ltd. | https://ecowalson.en.alibaba.com/minisiteentrance.html |
| 14 | Shanghai Haotex Apparel Co., Ltd. | https://shhaotex.en.alibaba.com/minisiteentrance.html |
| 15 | Shenzhen Yuanchuan Technology Co., Ltd. | https://yuanchuantech.en.alibaba.com/minisiteentrance.html |
| 16 | Xiong County Rongxia Hatting Co., Ltd. | https://rongxiacap.en.alibaba.com/minisiteentrance.html |

| | | |
|---|---|---|
| 17 | Yiwu Biyang Clothing Co., Ltd. | https://byhats.en.alibaba.com/minisiteentrance.html |
| 18 | Yiwu Cora Trade Co., Ltd. | https://emma.en.alibaba.com/minisiteentrance.html |
| 19 | Yiwu Happy Party Crafts Factory | https://partycrafts.en.alibaba.com/minisiteentrance.html |
| 20 | Yiwu Rynel Garment Co., Ltd. | https://letsfancy.en.alibaba.com/minisiteentrance.html |
| 21 | Yiwu Youdi Garment Co., Ltd. | https://onbest.en.alibaba.com/minisiteentrance.html |
| 22 | China NO. l Factory Store | https://www.aliexpress.com/store/2856040 |
| 23 | COSLEE Store | https://www.aliexpress.com/store/912600378 |
| 24 | FreeEasy Store | https://www.aliexpress.com/store/911958230 |
| 25 | GEGGOO Store | https://www.aliexpress.com/store/5778241 |
| 26 | LUCK Apparel Store | https://www.aliexpress.com/store/911759025 |
| 27 | Mr-Right Store | https://www.aliexpress.com/store/912664628 |
| 28 | pku.12 Store | https://www.aliexpress.com/store/912307288 |
| 29 | RainbowCos0 Store | //www.aliexpress.com/store/5006157 |
| 30 | Shop1100008046 Store | https://www.aliexpress.com/store/1100008046 |
| 31 | Shop1100128124 Store | https://www.aliexpress.com/store/1100128124 |
| 32 | Shop1100184106 Store | https://www.aliexpress.com/store/1100184106 |
| 33 | Shop1100265004 Store | https://www.aliexpress.com/store/1100265004 |
| 34 | Shop1100369048 Store | https://www.aliexpress.com/store/1100369048 |
| 35 | Shop910335167 Store | http://www.aliexpress.com/store/910335167 |
| 36 | Shop910560150 Store | https://www.aliexpress.com/store/910560150 |
| 37 | Shop910752034 Store | https://www.aliexpress.com/store/910752034 |
| 38 | TINNY Store | https://www.aliexpress.com/store/910356341 |
| 39 | WEBCOSPLAY2010 Store | https://www.aliexpress.com/store/1524201 |
| 40 | world top most high designer official Store | https://www.aliexpress.com/store/1100190137 |
| 41 | 江湖故人 | https://www.amazon.com/sp?ie=UTF8&seller=AVR48D4YMGFS7 |
| 42 | anhailangs | https://www.amazon.com/sp?ie=UTF8&seller=AVC1P1GFEAD2 |
| 43 | Designiac | https://www.amazon.com/sp?ie=UTF8&seller=A3VFXF8CPUPHGK&isAmazonFulfilled=1 |
| 44 | duilianshangwuzixun | https://www.amazon.com/sp?ie=UTF8&seller=A10USGY4IZUGGY |
| 45 | dyqstore | https://www.amazon.com/sp?ie=UTF8&seller=A2I8E0BANBOCZH |
| 46 | forevercos18 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKI |

| | | |
|---|---|---|
| | | KX0DER&orderID=&protocol=current&seller=AGWHX PBSC5AIV&sshmPath= |
| 47 | guixiulindianzi | https://www.amazon.com/sp?ie=UTF8&seller=A24ZPQN 38SH98L |
| 48 | iovgm | https://www.amazon.com/sp?_encoding=UTF8&asin=&is AmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKI KX0DER&orderID=&protocol=current&seller=A2HUNN Q8EX0BRW&sshmPath= |
| 49 | juboer | https://www.amazon.com/sp?ie=UTF8&seller=A1IDIOJ50 R4YEK |
| 50 | kangyangshanghang | https://www.amazon.com/sp?ie=UTF8&seller=A2522UP M62LTNC |
| 51 | MUG-BOSS US | https://www.amazon.com/sp?seller=A29M4Y890PNR90 |
| 52 | Nutees Ltd | https://www.amazon.com/sp?seller=A1HTT85VXI3310& |
| 53 | PThaooo | https://www.amazon.com/sp?ie=UTF8&seller=A1QQIAI N1AJEQG&isAmazonFulfilled=0&asin=B08M5GTGZJ& ref_=olp_merch_name_1 |
| 54 | Walker & Hawkes | https://www.amazon.com/gp/aag/main?ie=UTF8&seller= A2GB95ZRYSWL1W&isAmazonFulfilled=0&asin=B097 PZ1QKC&ref_=olp_merch_name_1 |
| 55 | Baopals | https://www.baopals.com |
| 56 | datai | https://www.dhgate.com/store/18719952 |
| 57 | dior_player | https://www.dhgate.com/store/21725980 |
| 58 | dkhfenz21 | https://www.dhgate.com/store/21746382 |
| 59 | fashionplus7 | https://www.dhgate.com/store/21767822 |
| 60 | jersey-shop-23 Wishing Tree International Trade Co.,Ltd | https://www.dhgate.com/store/14498692 |
| 61 | jiao06 | https://www.dhgate.com/store/21569412 |
| 62 | long004 | https://www.dhgate.com/store/21569434 |
| 63 | mature_ | https://www.dhgate.com/store/21727331 |
| 64 | nicotine7 | https://www.dhgate.com/store/19814740 |
| 65 | shanye04 | https://www.dhgate.com/store/21435149 |
| 66 | shanye08 | https://www.dhgate.com/store/21435439 |
| 67 | shenglan8713 | https://www.dhgate.com/wholesale/products/ff808081797a 27110179a8b0b4082876.html |
| 68 | tao03 | https://www.dhgate.com/store/20554654 |
| 69 | tengxiansheng888 | https://www.dhgate.com/store/19787216 |
| 70 | wish_team | https://www.dhgate.com/store/20043154 |
| 71 | wushupan | https://www.dhgate.com/store/21717039 |
| 72 | zhubao2012 | https://www.dhgate.com/store/14408656 |
| 73 | iranher_0 | https://www.ebay.com/usr/iranher_0 |
| 74 | k-emart | https://www.ebay.com/usr/k-emart |
| 75 | mehatmecoat01 | https://www.ebay.com/usr/mehatmecoat01 |

| 76 | sellermax | https://www.ebay.com/usr/sellermax |
|---|---|---|
| 77 | windowworld88 | https://www.ebay.com/usr/windowworld88 |
| 78 | AllsWellOriginals | https://www.etsy.com/uk/shop/AllsWellOriginals |
| 79 | CappelleriaMelegari | https://www.etsy.com/uk/shop/CappelleriaMelegari |
| 80 | Febootstive | https://www.etsy.com/uk/shop/Febootstive |
| 81 | GBhandmadeDesigns | https://www.etsy.com/uk/shop/GBhandmadeDesigns |
| 82 | GemmafloodStore | https://www.etsy.com/uk/shop/GemmafloodStore |
| 83 | HawkBullOfficial | https://www.etsy.com/uk/shop/HawkBullOfficial |
| 84 | Herdpaliy | https://www.etsy.com/uk/shop/Herdpaliy?ref=l2-about-shopname |
| 85 | JJCOSDESIGN | https://www.etsy.com/uk/shop/JJCOSDESIGN |
| 86 | NerdySkirt | https://www.etsy.com/uk/shop/NerdySkirt |
| 87 | SeasonalPartyShop | https://www.etsy.com/uk/shop/SeasonalPartyShop |
| 88 | Sharvotartmi | https://www.etsy.com/uk/shop/Sharvotartmi |
| 89 | TARTANTWEEDSLTDSTORE | https://www.etsy.com/uk/shop/TARTANTWEEDSLTDSTORE |
| 90 | Guangzhou HaoFeng International Trading | https://www.fruugo.us/search?merchantId=13255 |
| 91 | Guangzhou Lv Gu Wang Luo Ke Ji You Xian Gongsi | https://www.fruugo.us/search?merchantId=14185 |
| 92 | Shenzhen Famulei Electronic Commerce | https://www.fruugo.us/search?merchantId=14656 |
| 93 | Shenzhen Shi Junge Trading | https://www.fruugo.us/search?merchantId=14962 |
| 94 | CosDaddy | https://www.cosdaddy.com |
| 95 | COSICON | https://cosiconcos.com/ |
| 96 | cosplayclass | https://www.cosplayclass.com/ |
| 97 | EZ Cosplay | https://www.ezcosplay.com |
| 98 | JOOKYO | https://www.jookyo.com/ |
| 99 | Slimfit Jackets | https://www.slimfitjackets.com |
| 100 | Eozy | https://www.joom.com/en/stores/1464244693731527227-186-3-553-3086097382 |
| 101 | Dieyunsen | https://www.walmart.com/seller/101116848 |
| 102 | AlvisAlvayBbVh | https://wish.com/merchant/5e8ee9a8d54a752d556aff75 |
| 103 | chenmeili163 | https://wish.com/merchant/5e6affcd151d561240cd72d9 |
| 104 | Davidaghh | https://wish.com/merchant/5e848f451f06b1004dd42106 |
| 105 | Earnestyy | https://www.wish.com/merchant/5e942648a93efffa004b1cac |
| 106 | Huzhenfu123 | https://wish.com/merchant/5f1126f70d38c3f8c7ab0c70 |
| 107 | KENNETH L LEMONS | https://wish.com/merchant/5e85e4ff02a8006c8013b0c2 |
| 108 | lijin41592 | https://www.wish.com/merchant/613454cbf5507ac8ff77479f |

| | | |
|---|---|---|
| 109 | Litiet | https://www.wish.com/merchant/5fba14ff474b5f8d967c6581 |
| 110 | Louise Ginn | https://www.wish.com/merchant/5e6889889145ad5b35973060 |
| 111 | Lpdab | https://wish.com/merchant/5e9017edd9de515ecf48e7ee |
| 112 | Stanley Coleman | https://wish.com/merchant/5e78606b29426808835f27bd |
| 113 | Teezilly | https://www.wish.com/merchant/59e6a1959aee094d8deca3f7 |
| 114 | wangshijie18519 | https://www.wish.com/merchant/605416beb784c10043961111 |
| 115 | xuzhiqiang1870 | https://wish.com/merchant/5fd70dd8c44130a070d2c718 |
| 116 | Yapmin | https://www.wish.com/merchant/5f1672ad9c04c4e8c2021ed0 |